UNITED STATES

v.

**Sergeant Dick R. MONOD DE FROIDE-VILLE, FR 558–82–4964, United States Air Force.**

ACM S24925.

U. S. Air Force Court of Military Review.

Sentence Adjudged 17 Jan. 1980.

Decided 21 July 1980.

Appellate Counsel for the Accused: Colonel Larry G. Stephens and Captain Thomas S. Markiewicz, USAFR.

Appellate Counsel for the United States: Colonel James P. Porter.

Before EARLY, ARROWOOD and MILES, Appellate Military Judges.

DECISION

PER CURIAM:

Contrary to his pleas, accused was convicted of absence without leave and missing movement in violation of Articles 86 and 87, Uniform Code of Military Justice, 10 U.S.C. §§ 886, 887.

Accused's appellate counsel, citing *United States v. Gillchrist*, 50 C.M.R. 832 (A.F.C.M.R.1975), contend that the military judge erred in finding accused guilty of missing movement. We disagree. In *Gillchrist*, we held a plea of guilty improvident because it made little difference which of several commercial flights the accused embarked on to travel to Turkey. Here, the accused was twice assigned a seat aboard a military chartered aircraft pursuant to a duly directed change of assignment. Demonstrating an intention not to go to Korea at all, he twice, through design, missed his flight. More than a simple failure to repair is involved, and the offense of missing movement of the aircraft may be punished as such. See *United States v. Johnson*, 3 U.S.C.M.A. 174, 11 C.M.R. 174 (1953); *United States v. St. Ann*, 6 M.J. 563 (N.C.M.R. 1978), pet. denied, 7 M.J. 392 (C.M.A.1979).

The remaining assignment of error is without merit. See *United States v. Frederick*, 3 M.J. 230 (C.M.A.1977); *United States v. George*, 6 M.J. 880 (A.C.M.R.1979), pet. denied, 7 M.J. 65 (C.M.A.1979); *United States v. McMahon*, 4 M.J. 648 (A.F.C.M.R. 1977).

Accordingly, the findings of guilty and the sentence are

AFFIRMED.